# EXHIBIT 1

<u>BYLAWS</u>

OF

<u>EAGLE FORUM</u>

<u>ARTICLE ONE — NAME</u>

SECTION 1. The name of this organization shall be Eagle Forum. The Board of Directors shall protect the name "Eagle Forum" and may authorize its use by State Eagle Forums and local Eagle Forum Chapters in accordance with Articles Eight and Ten, respectively.

SECTION 2. Eagle Forum is a non-profit, voluntary membership, non-sectarian, non- partisan corporation formed under the Illinois General Not For Profit Corporation Act. The corporation shall maintain a registered agent within the State of Illinois, and may have other offices outside of the State of Illinois as the Directors may determine.

<u>ARTICLE TWO — PURPOSES</u>

The purposes of Eagle Forum are as follows:

SECTION 1. To educate, inform, instruct and train the public on current national and local subjects beneficial to the community, consistent with the principles outlined immediately below. In so doing, through public discussion groups, forums, panels, lectures, study groups, the internet, and other similar programs through mail or the media, an effort will be made to present a sufficiently full and fair exposition of pertinent facts to permit individuals and the public to form independent opinions or conclusions.

SECTION 2. To promote social welfare and individual freedom; to study on a non- partisan basis proposed legislation by the Congress of the United States, State Legislatures, local governing bodies, or other governmental bodies or agencies affecting social and economic problems facing individuals; to support a nonpartisan alliance of citizens interested in preserving and enhancing individual freedom for all Americans.

SECTION 3. To encourage the holding of regular public meetings by the national organization and local chapters for the presentation of panel discussions, lectures, film presentations, or other educational materials. To distribute educational literature (books, articles, pamphlets, issue papers, etc.) to the public in order to achieve the widest possible audience. Through the national, regional

6/05/2020

**Exhibit 1 Page 1 of 8**

and local chapter organizations, to make available additional educational literature, tapes, films, television and radio programs, and other research materials, to aid in obtaining quality speakers, business, journalistic and academic leaders; to maintain an ongoing contact with all members and supporters in order to promote information, educational programs and activities, research, and ideas for civic programs and projects; and to raise funds to finance these activities, educational programs and projects.

SECTION 4. To sponsor national, regional and local seminars and public meetings, with the participation of speakers and panels from various other organizations, for the purpose of general education and to provide local forums to alert the public about present or proposed governmental actions, legislation, or policies. To provide aid and information to students and young people to assist them in achieving full citizenship participation in our nation.

SECTION 5. No funds of the corporation shall be used to participate in or intervene in any political campaign on behalf of any candidate for public office. Notwithstanding the foregoing, Eagle Forum shall be free to communicate with its own members on any subject, and its members, directors and officers are free to participate as individuals in politics and government.

## ARTICLE THREE — PRINCIPLES

SECTION l. Eagle Forum supports the Declaration of Independence and its fundamental doctrine that we owe our existence to a Creator who has endowed each of us with unalienable rights; and supports the United States Constitution as the instrument of securing those God-given rights.

SECTION 2. Eagle Forum supports all the rights of individuals guaranteed in the United States Constitution, plus the right to equal opportunity in employment and education for all persons regardless of race, creed, gender, age, or national origin.

SECTION 3. Eagle Forum supports Holy Scriptures as providing the best code of moral conduct yet devised; the family, with certain rights and responsibilities, as the basic unit of society; and the laws and customs that protect or tend to protect the moral, social and economic integrity of traditional marriage and the family.

SECTION 4. Eagle Forum's mission is to enable citizens to participate in the process of self-government and public policymaking so that America will continue to be a land of individual liberty, sovereign independence, limited government, family integrity, private enterprise, and public and private virtue.

## ARTICLE FOUR — MEMBERSHIP

SECTION 1. Any person who demonstrates substantial agreement with the purposes and principles stated in Articles Two and Three of these Bylaws may become a member of Eagle Forum upon payment of dues to the national office (unless waived for good cause) and approval by the Board of Directors.

SECTION 2. The Board of Directors may refuse to accept an application for membership from, or revoke or suspend the membership of, any individual who engages in activities which the Board believes are contrary to the purposes and principles of the organization, except that membership may not be denied or revoked for reasons of race, creed, color, national origin, or gender.

SECTION 3. Each member shall pay regular dues in an amount to be established by action of the Board of Directors, unless such payment is waived for good cause.

## ARTICLE FIVE — BOARD OF DIRECTORS

SECTION 1. All powers of the organization shall be exercised by the Board of Directors, which may delegate to individual officers, to state presidents, or to committees, such powers as it deems fit, in addition to the powers specified in these Bylaws. Actions of the Board of Directors shall be taken upon unanimous written consent of the Directors or by the majority of Directors present at a meeting at which quorum is established.

SECTION 2. The number which shall constitute the Board of Directors shall not exceed ten regular members plus one At-Large Director. A majority of all the Directors then serving shall constitute a quorum.

SECTION 3. The Board of Directors shall meet at least once a year at the call of the President or of three members of the Board.  Notice of the meetings, specifying the time and place, shall be mailed to each director at least ten days prior to the date of the meeting. Special meetings of the Board of Directors may be called by the President or three members for the Board. Notice of a special meeting, specifying the time, place, and a brief statement of the purpose of the meeting, shall be mailed to each director at least ten days prior to the date of the meeting. Notice of a special meeting to remove any director shall be mailed to each director at least twenty days prior to the date of the meeting.

SECTION 4.  At the annual meeting in the odd-numbered years, the Board of Directors shall elect up to ten regular members of the Board for the next biennium. Directors shall serve for a term of two years, or until their successors are elected. Any vacancies that occur between the biennial elections shall be filled by the Board of Directors in the same manner. Directors shall take office immediately upon their election. The affirmative vote of two-thirds of all the Directors then serving shall be

required for election. These Directors shall not be subject to any term limit.

SECTION 5.  At the annual meeting in the odd-numbered years when the At-Large Director position is expiring, the Board of Directors shall nominate three members of Eagle Forum for election to the position of At-Large Director. Nominations shall be submitted to the full membership of Eagle Forum by mail ballot. The nominee who receives the largest number of votes shall be elected and shall take office immediately. The At-Large Director shall serve for a term of four years, or until a successor is elected. If a vacancy in this position occurs prior to the end of a four year term, the Board may conduct an election at its discretion by a vote of the full membership of Eagle Forum by mail ballot.

SECTION 6. Any action may be taken by the Board of Directors without a meeting if a consent in writing, setting forth the action taken, is signed by all Directors. Such consent shall have the same effect as a unanimous vote.

SECTION 7. The Board of Directors shall elect by a two-thirds vote a Chairman/Chief Executive Officer (CEO) of the Eagle Forum Organization.

SECTION 8. The Board of Directors may elect by a two-thirds vote to employ a "President of the Eagle Forum Organization" and assign appropriate duties thereto.

SECTION 9. A paid employee of Eagle Forum may not serve as a voting member of the Board of Directors.

## ARTICLE SIX — BOARD OF DIRECTORS OFFICERS

SECTION 1. The officers of the organization shall be the President, First Vice President, Second Vice President, Secretary, and Treasurer.

SECTION 2. The officers of the organization shall be elected by the Board of Directors at the annual meeting in the odd-numbered years. The officers shall take office immediately and serve for a term of two years, or until their successors are elected. The affirmative vote of two-thirds of all the Directors then serving shall be required for election.

SECTION 3. The President shall preside at all meetings of the organization, Board of Directors and the Advisory Board. The President shall appoint, subject to the approval of the Board of Directors, all committees, temporary or standing, and the members of the Advisory Board.

SECTION 4. The First and Second Vice Presidents shall, in their turn, exercise the powers of the President in case of disability, illness, or absence of the President, and perform such other duties as authorized by the Board of Directors.

6/05/2020

Exhibit 1 Page 4 of 8

SECTION 5. The Secretary shall record all the proceedings and votes of the Board of Directors and keep minutes thereof. The Secretary shall keep the records of the organization in appropriate books and perform the general duties incident to the office of Secretary.

SECTION 6. The Treasurer shall have the care and custody of the organization's funds, keep full and accurate accounts of the receipts and disbursements of all monies received and paid on account of the organization, file all forms required by federal and state laws, exhibit such books of account and records to any of the Directors upon request, render a detailed statement to the Directors as often as they require it, and order an independent audit of the organization funds at least once per year.

## ARTICLE SEVEN — STANDING COMMITTEES

SECTION 1. Chairmen and members of standing or temporary committees may be appointed by the President, with the approval of the Board of Directors.

SECTION 2. Chairmen and members of the standing or temporary committees shall exercise such powers and pursue such activities as authorized by the Board of Directors.

## ARTICLE EIGHT — STATE EAGLE FORUMS

SECTION 1. The Board of Directors may charter State Eagle Forums under a State President, which shall carry out activities within their own states directed toward furthering the purposes and principles of Eagle Forum, as set forth in Articles Two and Three of these Bylaws.

SECTION 2.  State Eagle Forum bylaws must be in harmony with these Bylaws. States shall file a copy of their bylaws with the national Eagle Forum. State Eagle Forums may be disbanded by the Board of Directors if the Board of Directors believes that such action will promote the best interests of Eagle Forum.

SECTION 3. State Presidents may be appointed by the President, with the approval of the Board of Directors. Each State President shall serve for a term of one year, subject to removal for cause by the President with the concurrence of the Board of Directors. State Presidents shall be eligible for reappointment.

SECTION 4. The State Presidents shall provide a general liaison with and among the local chapters within their respective states, toward the end that they may function in harmony with the purposes and principles of the national Eagle Forum.

6/05/2020

Exhibit 1 Page 5 of 8

State Presidents shall assist local chapters in building membership and give them guidance in carrying out activities. Other activities by State Presidents on behalf of Eagle Forum shall be only by special authority of the President or Board of Directors.

SECTION 5. State Eagle Forums may not engage in activities that are contrary to the purposes of this organization or which promote Communism, Socialism, Fascism, or racial or religious discrimination. No funds of State Eagle Forums shall be used to participate in any political campaign on behalf of any candidate for public office. Notwithstanding the foregoing, State Eagle Forums shall be free to communicate with their own members on any subject, and its members, directors and officers are free to participate as individuals in politics and government.

SECTION 6. State Presidents or State Eagle Forums may not incur any financial liability for the national Eagle Forum.

## ARTICLE NINE — ADVISORY BOARD

SECTION 1. The Advisory Board shall consist of State Presidents and Chairmen of National Committees.

SECTION 2. The Advisory Board shall meet on call of the President or three members of the Board of Directors for the purpose of promoting liaison between chapters and members and for exchange of information and ideas. The Advisory Board may make recommendations to the Board of Directors.

## ARTICLE TEN — LOCAL CHAPTERS

SECTION 1. The Board of Directors may charter local Eagle Forum chapters, which shall carry out, subject to the direction of the Board of Directors and the respective State President, activities within their own areas directed toward furthering the purposes and principles of Eagle Forum, as set forth in Articles Two and Three of these Bylaws.

SECTION 2. Local chapter bylaws must be in harmony with these Bylaws. Chapters shall file a copy of their bylaws with the national Eagle Forum. Local chapters may be disbanded by the Board of Directors if the Board of Directors believes that such action will promote the best interests of Eagle Forum.

SECTION 3. Chapter Presidents shall be appointed by the National President, subject to approval by the Board of Directors, on recommendation by the State President. Chapter Presidents may be removed by the Board of Directors, if the Board of Directors believes that such action will promote the best interests of Eagle Forum.

6/05/2020

Exhibit 1 Page 6 of 8

SECTION 4. Local chapters may not engage in activities that are contrary to the purposes of this organization or which promote Communism, Socialism, Fascism, or racial or religious discrimination. No funds of Eagle Forum chapters shall be used to participate in any political campaign on behalf of any candidate for public office. Notwithstanding the foregoing, Eagle Forum members are free to participate as individuals in politics and government.

SECTION 5. Local chapters may not incur any financial liability for the national Eagle Forum or the State Eagle Forum.

## ARTICLE ELEVEN — AFFILIATES

SECTION 1. Any other organization that is in substantial agreement with the principles as stated in Article Three of these Bylaws may affiliate with Eagle Forum upon completion of an application form so stating, and approval by the Board of Directors.

SECTION 2. The Board of Directors may refuse to accept an application for affiliation from, or terminate the affiliation of, any organization which engages in activities that are contrary to the purposes and principles of Eagle Forum, as stated in these Bylaws, except that affiliation may not be denied or terminated for reasons of race, creed, color, national origin, or gender.

SECTION 3. Each affiliate organization shall pay an annual fee in an amount to be determined by the Board of Directors.

SECTION 4. Any other organization whose bylaws or policies prohibit affiliation may notify Eagle Forum in writing of its general endorsement of the principles of Eagle Forum, as stated in Article Three. Such notification shall incur no liability on either organization, and may be terminated at any time. Such endorsement shall not be publicly used by Eagle Forum without the written approval of the endorsing organization.

## ARTICLE TWELVE — PROCEDURE

SECTION 1. These Bylaws may be amended by unanimous written consent of the Board of Directors, or by the affirmative vote of two-thirds of all the Directors then serving, provided notice of the proposed changes is mailed to each Director at least ten days in advance of the meeting.

Adopted September 21, 1978; amended September 23, 1993; amended September 23, 1999; amended September 20, 2001; amended September 20, 2007; amended January 28, 2017, amended August 1, 2019, amended June 4, 2020.

6/05/2020

Exhibit 1 Page 7 of 8

8

ADDENDUM:

<u>Authority Flow Chart</u>

Board of Directors of Eagle Forum

Chairman/CEO of the Eagle Forum Organization

President of the Eagle Forum Organization

D.C. Executive Director for Eagle Forum          D.C. Political Director for Eagle Forum

6/05/2020

**Exhibit 1 Page 8 of 8**