# EXHIBIT 2



# Tuscaloosa Public Library
# Library Rotary Room Policy

1. **General Policy**

   It is the policy of the Tuscaloosa Public Library to allow organizations, groups, and their members (hereinafter "Organizations") the use of the Rotary Room **when these facilities are not needed for activities sponsored in whole or in part by the Library and when such use is not disruptive of the programs and activities of the Library.** Permission to use the Library Rotary Room does not imply Library endorsement of the aims, policies, or activities of any group. Such permission is revocable at any time and does not constitute a lease.

2. **Eligibility Statement**

   Permission to use the Library Rotary Room may be granted by the Director, or person designated by the Director, to State and Federal Agencies and to public or private nonprofit organizations, i.e. cultural, educational and intellectual groups. The Library Rotary Room will be reserved on a first-come, first-serve basis. Notwithstanding the foregoing, any and all Library-sponsored events that require use of the Rotary Room shall take precedence over any Group meeting scheduled to take place in the Rotary Room. The Library will use its best efforts to minimize any disruption to scheduled use of the Rotary Room by Organizations, but may, at times, reschedule Group meetings due to Library events.

3. **Limitations to Eligibility for Use of the Library Rotary Room**

   The Library Rotary Room may <u>not</u> be used for:

   a. the sale or promotion of business products or services, except in conjunction with a Library-sponsored program;
   b. meetings of public announcements sponsored by individual candidates for local, state or federal office (however, events such as a "candidates' night" involving the invitation of all candidates and sponsored by independent civic organizations may be held in the Library.);
   c. meetings of religious or sectarian groups for the purpose of preaching or otherwise demonstrating the beliefs of their members; or
   d. family or social functions.

4. **Regulations**

   a. Individuals attending functions in the Library Rotary Room shall not be charged an admission.
   b. No weapons, illegal substances, or alcoholic beverages may be carried onto property of the Tuscaloosa Public Library.
   c. The Library reserves the right, but does not have the obligation, to have a representative attend any meeting held at its facilities to ensure that the safety and welfare of the public is not disturbed.
   d. The Library Rotary Room will be available to reserve only during the normal business hours of the Library. Any meeting should end fifteen (15) minutes before the Library is scheduled to close.



**Tuscaloosa Public Library**
**Library Rotary Room Policy**

**Regulations**, *continued*

e. Smoking and vaping are prohibited in the Library building.
f. Attendance at authorized meetings may not exceed the room capacity of 80.
g. The Library is not responsible for marketing or promoting any Group or meeting that utilizes the Rotary Room.
h. Organizations using the Library Rotary Room for children- or teen-sponsored programs must provide one adult for every 15 persons who are under 18 years of age.
i. No Group may list the address of the Tuscaloosa Public Library as its mailing address.

5. **Library Rotary Room Set-Up and Equipment**

    a. Rotary Room setup must be requested ahead of time by the Group. Otherwise, arranging the room and then returning it to its original condition will be the responsibility of the group.
    b. Decorations must be limited to those items that can stand on the floor or tables and that conform to fire regulations. Under no circumstances shall any decorations be attached to the walls or ceiling.
    c. Library audio-visual equipment is available to Organizations using the Library Rotary Room, **if advance notice is given to the Library**. If instruction is needed in the use of the equipment, arrangements must be made with the Library's Administrative Assistant at least twenty-four (24) hours in advance of the meeting.

6. **Refreshments**

    a. Serving of refreshments is limited to non-alcoholic beverages, snacks, light meals, or potluck dinners.
    b. All preparations for refreshments must be made only in the kitchen and not in the meeting room area.
    c. No food or drink may be carried into the public area of the Library.
    d. Organizations must provide their own coffee, cream, sugar, eating and serving utensils and paper goods. There is no coffee maker located in the Library Rotary Room.

7. **Fee Charges**

    A fee of $50.00 will be charged when serving any items other than beverages in the Library Rotary Room, to be paid before or on the date of the reservation.

8. **Clean Up and Damages**

    a. Each group using the kitchen is responsible for cleaning the area before leaving. The Library will provide large waste cans and plastic bags, as well as disposal of bagged refuse.

    b. Any damage to the premises, equipment, or furnishings as a result of a Group's use of the same will be charged to the responsible parties. The Group and its members, jointly and severally,



# Tuscaloosa Public Library
# Library Rotary Room Policy

assume and shall bear full responsibility for loss of, or injury or damage to, any property of the Tuscaloosa Public Library as shall be inflicted by the Group, its members, affiliated persons, guests or invitees.

9. **Non-Compliance with the Library Rotary Room Policy**

    Failure to comply with this policy may result in financial liability for damages and/or immediate removal from the Library Rotary Room, as well as possible denial of future use of the Rotary Room.

10. **Application for Use**

    a. Permission to use the Library Rotary Room must be obtained in advance by written application filed through the Main Library. You should contact the Reference Department via telephone (205) 345-5820 or e-mail rotaryroom@tuscaloosa-library.org. The requesting party is responsible for verifying acceptance of the application and for confirming the meeting dates and times with the Reference Desk at the number listed provided. Please allow 5-7 business days for application approval.
    b. Applications are valid for a **one-year period for library partners and for six months for new Organizations**. Organizations are permitted to reserve the Library Rotary Room during this time. However, an organization must submit a new application for review up to one month prior to the application expiration if continued use of the Library Rotary Room is desired. **At no time may an organization schedule meeting beyond the valid dates of their current application. This means that no group is guaranteed a "regular" meeting date or time.** The purpose of this policy is to allow many different Organizations the opportunity to use the Library's public meeting room facilities.
    c. Organizations are responsible for informing the Library's Administrative Assistant of any changes in the information provided on the application. This is particularly important should the name or phone number of the group's contact person change. **It is vital that the Library have a way to contact your organization in the event that Library-related scheduling conflicts arise or in case of other issues or conflicts.**

11. **Notice of Cancellation**

    a. Organizations must give notice in advance to the Library at least twenty-four (24) hours in the event of a meeting cancellation.
    b. When the Library closes because of an electrical or heating/cooling equipment failure or a weather-related emergency, all efforts will be made to notify organizations scheduled to use the Library Rotary Room during that time. During adverse weather conditions, the group should confirm hours of Library operation with the Reference Desk at the number provided.

12. **Conduct.**

    The Organization shall assume full responsibility for the conduct of all persons in attendance at its event and for any damage caused to any part of the Library premises during the event, whether caused



# Tuscaloosa Public Library
# Library Rotary Room Policy

by the Organization, the Organization's agents, employees, contractors, attendees, or invitees, including any damage resulting from or connected with transportation, placing, removal or display of exhibits, displays, or other items related to the event. Disorderly conduct is prohibited. The Organization's event shall not create any other disturbance, such as noise, smoke, fog machines, dry ice, confetti, canons, candles, incense, or other activity that generates loud noises or smells, to other events, guests, patrons, or meetings that may occur simultaneously with your event. The Library reserves the right to end the Organization's event immediately if requests to cease disturbances is not complied with immediately.

13. **Loss and Damages.**

    All proper safeguards for the prevention of accidents or injury to persons or property shall be taken by the Organization and all applicable laws and regulations shall be complied with. The Organization, its agents, employees, members, contractors, attendees, and invitees shall comply with all terms and conditions of this policy, as well as all risk management, safety, and health recommendations made by the Library. The Organization and its members shall be fully responsible for any damages to the Library premises associated with the event and shall compensate the Library for any such loss or damage. The Library is not responsible for any loss or damage to property belonging to any of the Organization's agents, employees, members, contractors, attendees, and invitees and does not maintain insurance covering it.

14. **Indemnification**

    The Organization and its members, jointly and severally, shall be responsible for loss or damage to the property and injury to person(s) attending the event for which the Rotary Room was reserved, whether caused by acts or omissions of the Organization, its agents, employees, members, guests, or invitees. The Organization agrees to protect, defend, indemnify and hold harmless the Library and each of its officers, directors, employees and agents from all costs, attorney fees, claims, damages, suits, or liabilities that may arise or occur from the Organization's use of the Rotary Room or for violation of federal, state or municipal law by the Organization, or its agents, employees, members, guests, or invitees.