# EXHIBIT 3



**Tuscaloosa Public Library**
**Library Rotary Room Policy**

1. <u>General Policy</u>

    It is the policy of the Tuscaloosa Public Library to allow organizations and groups the use of the Rotary Room **when these facilities are not needed for activities sponsored in whole or in part by the Library and when such use is not disruptive of the programs and activities of the Library.**  Permission to use the Library Rotary Room does not imply Library endorsement of the aims, policies or activities of any group.  Such permission is revocable and does not constitute a lease.

2. <u>Eligibility Statement</u>

    Permission to use the Library Rotary Room may be granted by the Director, or person designated by the Director, to State and Federal Agencies and to public or private nonprofit organizations, i.e. cultural, educational and intellectual groups.  The Library Rotary Room will be reserved on a first-come, first-serve basis.

3. <u>Limitations to Eligibility for Use of the Library Rotary Room</u>

    The Library Rotary Room may not be used for:

    a. the sale or promotion of business products or services, except in conjunction with a Library program;
    b. meetings of public announcements sponsored by individual candidates for local, state or federal office (However, events such as a "candidates night" involving the invitation of all candidates and sponsored by independent civic organizations may be held in the Library.);
    c. meetings of religious or sectarian groups for the purpose of preaching or otherwise demonstrating the beliefs of their members or
    d. family or social functions.

4. <u>Regulations</u>

    a. Individuals attending functions in the Library Rotary Room will not be charged an admission.
    b. No weapons, illegal substances or alcoholic beverages may be carried onto property of the Tuscaloosa Public Library.
    c. The Library reserves the right to have a representative attend any meeting held at its facilities to ensure that the safety and welfare of the public is not disturbed.
    d. The Library Rotary Room will be available only during the normal business hours of the Library.  Any meeting should end fifteen (15) minutes before the Library closes.
    e. Smoking is not permitted in the Library building.
    f. Attendance at authorized meetings may not exceed the room capacity of 80.



**Tuscaloosa Public Library**
**Library Rotary Room Policy**

**Regulations**, *continued*

    g. Groups using the Library Rotary Room for children or teen-sponsored programs must provide one adult for every 15 persons who are under 18 years of age.
    h. No group or organization may list the address of the Tuscaloosa Public Library as its mailing address.

5. **Library Rotary Room Set-up and Equipment**

    a. The Library will provide one of two pre-determined setups as requested by the group or organization. Arranging the room in any other desired setup and then returning it to its original condition will be the responsibility of the group.
    b. Decorations must be limited to those items that can stand on the floor or tables and that conform to fire regulations.
    c. Library audio-visual equipment is available to groups using the Library Rotary Room, **if advance notice is given to the Library**. If instruction is needed in the use of the equipment, arrangements must be made with the Administrative Assistant at least twenty-four (24) hours in advance of the meeting.

6. **Refreshments**

    a. Serving of refreshments is limited to non-alcoholic beverages, snacks, light meals or potluck dinners.
    b. All preparations for refreshments must be made only in the kitchen and not in the meeting room area.
    c. No food or drink may be carried into the public area of the Library.
    d. Groups must provide their own coffee, cream, sugar, eating and serving utensils and paper goods.

7. **Fee Charges**

A fee of $20.00 will be charged when serving any items other than beverages in the Library Rotary Room.

8. **Clean Up and Damages**

    a. Each group using the kitchen is responsible for cleaning the area before leaving. The Library will provide large waste cans and plastic bags, as well as disposal of bagged refuse.



# Tuscaloosa Public Library
# Library Rotary Room Policy

<u>**Clean Up and Damages**</u>, *continued*

b. Any damage to the premises, equipment or furnishings as a result of group use will be charged to the responsible group. The using organization and its members, jointly and severally, assume and shall bear full responsibility for loss of, or injury or damage to, any property of the Tuscaloosa Public Library as shall be inflicted by the using organization, its members, affiliated persons, guests or invitees.

9. **Non-compliance with the Library Rotary Room Policy**

    Failure to comply with this policy may result in financial liability for damages and/or immediate removal from the Library Rotary Room, as well as possible denial of future use of the     Library Rotary Room.

10. **Application for Use**

    a. Permission to use the Library Rotary Room must be obtained in advance by written application filed through the Main Library. You should contact the Administrative Assistant via telephone (205) 345-5820 or e-mail rotaryroom@tuscaloosa-library.org. The requesting party is responsible for verifying acceptance of the application and for confirming the meeting dates and times with the Library's Administrative Assistant.
    b. Applications are valid for a **one year period**. Organizations are permitted to reserve the Library Rotary Room during this time. However, an organization must submit a new application for review up to one month prior to the expiration of the one year period, if continued use of the Library Rotary Room is desired. **At no time may an organization schedule meetings beyond the valid dates of their current application. This means that no group is guaranteed a "regular" meeting date or time.** The purpose of this policy is to allow many different groups and organizations the opportunity to use the Library's public meeting room facilities.
    c. Organizations are responsible for informing the Library's Administrative Assistant of any changes in the information provided on the application. This is particularly important should the name or phone number of the group's contact person change. **It is vital that the Library have a way to contact your organization in the event that Library-related scheduling conflicts arise or in case of other problems.**

11. **Notice of Cancellation**

    a. Organizations must give notice in advance at least twenty-four (24) hours in the event of a meeting cancellation.



**Tuscaloosa Public Library**
**Library Rotary Room Policy**

**Notice of Cancellation**, *continued*

    b.    When the Library closes because of an electrical or heating/cooling equipment failure or a weather-related emergency, all efforts will be made to notify organizations scheduled to use the Library Rotary Room during that time.  During adverse weather conditions, the group should confirm hours of Library operation with the Administrative Assistant.