FILED
2026 Mar-10 PM 03:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 4

| | |
|---|---|
| **From:** | Linda Berty |
| **To:** | Becky |
| **Subject:** | Fwd: Rotary Room Application-Tuscaloosa Public Library |
| **Date:** | Wednesday, December 3, 2025 12:24:05 PM |

---------- Forwarded message ---------
From: **Mary Buntin** <mbuntin@tuscaloosa-library.org>
Date: Mon, Nov 25, 2024 at 11:29 AM
Subject: Rotary Room Application-Tuscaloosa Public Library
To: lberty0328@gmail.com <lberty0328@gmail.com>

Good morning Ms. Berty.

Thank you for your application to reserve the Rotary Room at the Tuscaloosa Public Library. Your application has been received and has been approved. Your date that you requested, Friday, December 6 from 2-4:30 p.m. has been added to the calendar.

Keep in mind that your application is good for one year, should you have any future dates you need to have. Feel free to contact us with those dates in the future and we will check availability. If you have any questions, feel free to contact us at the library at ext. 1271.

Have an excellent holiday!

Mary Buntin

Floater Librarian

Tuscaloosa Public Library

Mary Buntin
Floater Reference Department
Tuscaloosa Public Library
1801 Jack Warner Pkwy
Tuscaloosa, AL 35401
Phone: 205-345-5820
Fax: 205-759-1735
Email: mbuntin@tuscaloosa-library.org
"Please consider the environment before printing this email."

**Exhibit 4 Page 1 of 2**

**Important Notice:** This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. This message may contain confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**Exhibit 4 Page 2 of 2**