# EXHIBIT 5



ALLIANCE DEFENDING FREEDOM
FOR FAITH. FOR JUSTICE.

Exhibit 5 Page 1 of 3

**From:** Linda Berty <lberty0328@gmail.com>
**Sent:** Tuesday, September 2, 2025 5:18 PM
**To:** Becky <Becky@alabamaeagle.org>; Linda Berty <lberty0328@gmail.com>
**Subject:** Fwd: Tuscaloosa Public Library-Rotary Room Reservations date of email is July 11, 2025

Good afternoon Ms. Berty.

The purpose of this email is to inform you of the upcoming review of Rotary Room policies. Because of the current political and social climate, the library has unfortunately made the decision to cancel your upcoming reservations on Saturday, August 2 and Saturday, August 16. Please refer to policy 3c of our Rotary Room policies for clarification.

If you need further clarification, feel free to reach out to the Director, Jennifer Pearson at jpearson@tuscaloosa-library.org or our Deputy Director, Amy Patton at apatton@tuscaloosa-library.org.

Thank you for your consideration and have an excellent day.

Mary Buntin
Floater Librarian

---------- Forwarded message ---------
From: **Mary Buntin** <mbuntin@tuscaloosa-library.org>
Date: Fri, Jul 11, 2025, 2:45 PM
Subject: Tuscaloosa Public Library-Rotary Room Reservations
To: Linda Berty <lberty0328@gmail.com>
Cc: Yvette Joyner <yjoyner@tuscaloosa-library.org>

Good afternoon Ms. Berty.

The purpose of this email is to inform you of the upcoming review of Rotary Room policies. Because of the current political and social climate, the library has unfortunately made the decision to cancel your upcoming reservations on Saturday, August 2 and Saturday, August 16. Please refer to policy 3c of our Rotary Room policies for clarification.

If you need further clarification, feel free to reach out to the Director, Jennifer Pearson at

Exhibit 5 Page 2 of 3

jpearson@tuscaloosa-library.org or our Deputy Director, Amy Patton at apatton@tuscaloosa-library.org.

Thank you for your consideration and have an excellent day.

Mary Buntin
Floater Librarian
Tuscaloosa Public Library



Mary Buntin
Floater Reference Department
Tuscaloosa Public Library
1801 Jack Warner Pkwy
Tuscaloosa, AL 35401
Phone: 205-345-5820
Fax: 205-759-1735
Email: mbuntin@tuscaloosa-library.org
"Please consider the environment before printing this email."

**Important Notice:** This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. This message may contain confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**Exhibit 5 Page 3 of 3**