# EXHIBIT 6



From: **Amy Patton** <apatton@tuscaloosa-library.org>
Date: Tue, Aug 12, 2025, 3:35 PM
Subject: FW: Tuscaloosa Public Library-Rotary Room Reservation Notice
To: lberty0328@gmail.com <lberty0328@gmail.com>


Dear Ms. Berty,

I wanted to follow up on the email sent on Tuesday, August 5 to make sure you received it.  I

Exhibit 6 Page 1 of 3

did just leave a voicemail at the phone number provided on your application.    I  want to make sure you understood that the upcoming reservation that was made for Saturday, August 16th has been cancelled  due to the policy guidelines.

If you have any questions or would like to discuss this further, please don't hesitate to reach out.

Thank you again for your understanding.

Best regards,

Amy Patton

(205) 722-5205

---

**From:** Amy Patton
**Sent:** Tuesday, August 5, 2025 10:16 AM
**To:** lberty0328@gmail.com
**Subject:** Tuscaloosa Public Library-Rotary Room Reservation Notice

Dear Ms. Berty,

Thank you for your previous request to use the Rotary Room at Tuscaloosa Public Library. We appreciate your interest in utilizing the library as a community resource.

After reviewing your request, we regret to inform you that the proposed use does not meet the guidelines outlined in our policy for reserving and using the Rotary Room. We know that this decision is different from your most recent requests.

**Exhibit 6 Page 2 of 3**

(In compliance with the current policy we must cancel any reservations going forward. )

This is stated in the *Library Rotary Room Policy*:

3. **Limitations to Eligibility for Use of the Library Rotary Room**

The Library Rotary Room may <u>not</u> be used for:

a. the sale or promotion of business products or services, except in conjunction with a Library-sponsored program;
b. meetings of public announcements sponsored by individual candidates for local, state or federal office (however, events such as a "candidates night" involving the invitation of all candidates and sponsored by independent civic organizations may be held in the Library.);
c. **meetings of religious or sectarian groups for the purpose of preaching or otherwise demonstrating the beliefs of their members; or**
d. family or social functions.

Due to a lack of clarity in our current policy regarding religious or sectarian groups, we are actively reviewing and updating our guidelines to provide better transparency and consistency moving forward.

If you have any questions or would like to discuss this further, please don't hesitate to reach out.

Thank you again for your understanding.

Best regards,

Amy Patton

(205) 722-5205

Exhibit 6 Page 3 of 3