# EXHIBIT 8

GORDON ROSEN (1921 – 2014)
R. BERNARD HARWOOD, JR.
JAMES J. SLEDGE
**BLAKE A. MADISON
†◆W. BRADFORD ROANE, JR.
FOSTER C. ARNOLD
††MATTHEW Q. TOMPKINS
TERRI OLIVE TOMPKINS
JENNIFER T. CRABTREE
††JANE L. CALAMUSA
KRISTOFOR D. SODERGREN
ANN L. REARDON
††LORI C. BAIRD
††JILLIAN L. GUIN WHITE
*EMILEE H. SCHEEFF

ROSEN HARWOOD
ATTORNEYS AT LAW

*LL.M. in Taxation
**Certified Information Privacy Professional
†Also admitted in Florida
††Also admitted in Mississippi
◆Also admitted in Georgia
◆◆Admitted in Mississippi

KALEB D. BEAMS
KATHLEEN ELEBASH
ALLIE S. MONTGOMERY
TAYLER G. HANSFORD
JOSEPH P. MEIGS
††CHANDLER N. WILLIAMS
◆◆JANEL C. BEASLEY

OF COUNSEL:
KENNETH D. DAVIS

Writer's Email Address:
areardon@rosenharwood.com

October 1, 2025

VIA E-MAIL
Ryan J. Tucker
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
E-Mail: rtucker@adflegal.org

RE:   Eagle Forum Alabama – TPL Rotary Room Application Denial

Dear Mr. Tucker:

As you know, our firm represents the Tuscaloosa Public Library (hereinafter "TPL"). I am in receipt of your demand letter dated September 16, 2025 pertaining to TPL's denial of Eagle Forum's application requesting to use the TPL Rotary Room. After reviewing your letter, we remain of the opinion that TPL's denial of Eagle Forum's application to utilize the rotary room was proper.

In your letter, you claim that TPL's denial of Eagle Forum's use of the rotary room is unconstitutional as the denial singles out Eagle Forum "because its speech includes religious expression." However, TPL is a limited public forum and may, under law, impose restrictions on speech that are reasonable and viewpoint neutral, including denying use of the rotary room for "meetings of religious or sectarian groups for the purpose of preaching or otherwise demonstrating the beliefs of their members." This restriction applies neutrally to all religious or sectarian groups, regardless of beliefs, and the purpose of this restriction is to protect the safety of individuals using the Library and preventing the disruption of TPL's intended function – acquisition of knowledge and accessing the Library for reading, writing, and quiet contemplation.

While a limited public forum may not restrict speech based on a speaker's point of view, it has broad discretion to preserve the property under its control for the use to which it is lawfully dedicated. Good News Club v. Milford Central School, 533 U.S. 98, 106 (2001). The application governing use of the rotary room at TPL specifically states that the rotary room shall be used be for "civic, charitable, cultural, educational, or intellectual purposes." In addition, as

2200 Jack Warner Parkway, Suite 200  Tuscaloosa, Alabama 35401  |  PO Box 2727  35403  |  Ph: 205.344.5000  |  Fax: 205.758.8358  |  rosenharwood.com

Exhibit 8 Page 1 of 2

October 1, 2025
Page 2

---

stated above, the rotary room policy provides that the rotary room may <u>not</u> be used for "meetings of religious or sectarian groups for the purpose of preaching or otherwise demonstrating the beliefs of their members." TPL's policy is viewpoint neutral, narrowly tailored to serve a significant governmental interest, and leaves open ample alternative channels for communication of information.

While we appreciate Eagle Forum's desired patronage of the Tuscaloosa Public Library, we respectfully disagree with your legal analysis and TPL will not be reversing its decision denying Eagle Forum's November 24, 2024 application to use the rotary room.

Sincerely,

Ann L. Reardon

Exhibit 8 Page 2 of 2