FILED
2026 Mar-12  AM 10:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| **EAGLE FORUM OF ALABAMA**, a domestic nonprofit corporation, <br><br> Plaintiff, <br><br> v. <br><br> **TUSCALOOSA PUBLIC LIBRARY BOARD OF TRUSTEES**, the governing body of the Library, *et al.*, <br><br> Defendants. | Case No. 7:26-cv-00396-AMM |

## MOTION FOR ADMISSION *PRO HAC VICE* OF TYSON C. LANGHOFER

Plaintiff Eagle Forum of Alabama hereby moves for the admission *pro hac vice* of Tyson C. Langhofer (hereinafter, "Applicant").

In accordance with Local Rule 83.1(b), Applicant states, under penalty of perjury:

(1) Applicant's residence address is Lansdowne, Virginia;

(2) Applicant's office address, telephone number, facsimile number (if there is one), and e-mail address, are (a) 44180 Riverside Parkway, Lansdowne, Virginia 20176, (b) (571) 707-4655, (c) (571) 707-4656, and (d) tlanghofer@adflegal.org;

(3) The courts to which Applicant is admitted to practice and the dates of admission are listed in the attachment hereto; and

(4) Applicant is in good standing and eligible to practice in all courts to which Applicant is admitted.

Applicant is not a member of the bar of this Court but is admitted to practice before the United States District Court for the district in which (or before the highest Court in the state in which) Applicant resides or regularly practices law—namely, Virginia (Eastern District).

Applicant designates Joshua K. Payne as a local member of the bar of this Court who will also represent the Plaintiff and with whom the opposing counsel and the Court may readily communicate regarding the conduct of the case and upon whom papers shall be served.

This Motion is accompanied by payment of the prescribed admission fee.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and allow Tyson C. Langhofer to appear *pro hac vice* in this case as counsel of record for the Plaintiff.

Dated: March 12, 2026.

/s/ Tyson C. Langhofer
Applicant

I consent to serve as designated local counsel in this case.

/s/ Joshua K. Payne
JOSHUA K. PAYNE
AL Bar No. 1041-A55P
CAMPBELL MILLER PAYNE, PLLC
5955 Alpha Road, #1491
Dallas, Texas 75240
Telephone: (214) 316–7156
josh@cmppllc.com

## CERTIFICATE OF SERVICE

     I hereby certify that on March 12, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                         <u>/s/ Joshua K. Payne</u>
                         JOSHUA K. PAYNE

## State and Federal Court Admissions for Tyson C. Langhofer

| State Bar Admissions: | Bar Number (if any) | Date admitted |
|---|---|---|
| Kansas State Bar | 19241 | September 24, 1999 |
| Arizona State Bar | 32589 | November 5, 2015 |
| Virginia State Bar | 95204 | January 8, 2020 |
| | | |
| **State Court Admissions:** | | |
| Kansas Supreme Court | 19241 | September 24, 1999 |
| Arizona Supreme Court | 32589 | November 5, 2015 |
| Virginia Supreme Court | 95204 | January 8, 2020 |
| Virginia Circuit Court | 95204 | January 8, 2020 |
| | | |
| **Federal Court Admissions:** | | |
| U.S. District Court for the District of Kansas | | September 24, 1999 |
| U.S. District Court for the District of Colorado | | October 15, 2015 |
| U.S. District Court for the District of Arizona | | December 14, 2015 |
| U.S. District Court for the Western District of Michigan | | November 17, 2016 |
| U.S. District Court for the Western District of Wisconsin | | November 16, 2017 |
| U.S. District Court for the Southern District of Ohio | | November 16, 2018 |
| U.S. District Court for the District of Columbia | VA101 | March 1, 2021 |
| U.S. District Court for the Northern District of New York | 702027 | August 29, 2023 |

| | | |
|---|---|---|
| U.S. District Court for the District of Vermont | | September 25, 2023 |
| U.S. District Court for the Eastern District of Virginia | | November 12, 2024 |
| U.S. Court of Appeals for the 4th Circuit | | August 30, 2017 |
| U.S. Court of Appeals for the 11th Circuit | | July 10, 2018 |
| U.S. Court of Appeals for the 6th Circuit | | March 30, 2020 |
| U.S. Court of Appeals for the 8th Circuit | 20-0309 | October 16, 2020 |
| U.S. Court of Appeals for the 9th Circuit | | February 22, 2023 |
| U.S. Court of Appeals for the 1st Circuit | 1208513 | June 26, 2023 |
| U.S. Court of Appeals for the 10th Circuit | | October 19, 2023 |
| U.S. Court of Appeals for the 2nd Circuit | | January 18, 2024 |
| U.S. Court of Appeals for the 5th Circuit | | July 15, 2024 |
| | | |
| Supreme Court of the United States | 312213 | January 22, 2020 |